# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1734
LT Case No. 05-2019-CF-52896-A

_____

JARROD NASIEF DEENAH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Bryan D. Savy, of Bross & Savy, PLLC, West Melbourne, for Petitioner.

No Appearance for Respondent.

July 17, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 6, 2026, order denying defendant's motion for postconviction relief rendered in Case No. 05-2019-CF-52896-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____